03-CV-05578-PRO

The Honorable Robert J. Bryan

FILED _____ LODGED _____
RECEIVED

JAN 0 2 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY

FILED _____ LODGED _____
       RECEIVED

JAN 0 _ 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| HEATHER ATTERBERRY, | USDC Case No. CV-03-5578-RJB |
|---|---|
| Plaintiff, | VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| NORTHWEST NATURAL GAS COMPANY, a public utilities corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice and without costs to either party pursuant to FRCP 41(a)(1).

DATED: December 18, 2003.

_____
David Schoenborn, WSB No. 33346
Attorney for Plaintiff

BULLARD SMITH JERNSTEDT WILSON

_____
Daniel R. Barnhart, WSB No. 20886
Attorneys for Defendant Northwest Natural
Gas Company

/s/ Jan 04
_____
UNITED STATES DISTRICT COURT JUDGE

Page  VOLUNTARY DISMISSAL WITH PREJUDICE - Page 1
Case No. CV-03-5578-RJB   {00027297.DOC; v 1}

BULLARD SMITH JERNSTEDT WILSON
A Professional Corporation
Attorneys at Law
1000 SW Broadway, Suite 1900
Portland, Oregon 97205
(503) 248-1134

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE on:

    Daniel R. Barnhart
    Bullard, Smith, Jernstedt, and Wilson
    1000 SW Broadway, Suite 1900
    Portland, OR 97205
    Attorney for Defendant

[x] By mailing a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Vancouver, WA.

[ ] By causing a true and correct copy to be hand delivered to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

[ ] By causing a true and correct copy to be delivered via overnight courier to the last known address of each person listed. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

[ ] By faxing a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery. It was addressed as stated above.

DATED: December 31st, 2003

*David Schoenborn*
David Schoenborn, WSBA #33346
Attorney for Plaintiff

Voluntary Dismissal With Prejudice      1